**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 23, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

XAVIER JORGE GUERRERO,
a/k/a Chico,

    Defendant - Appellant.

No. 16-6298
(D.C. No. 5:15-CR-00093-M-8)
(W.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **McHUGH**, **EBEL**, and **O'BRIEN**, Circuit Judges.
_____

Xavier Jorge Guerrero accepted a plea agreement and pleaded guilty to one

count of conspiring to launder money in violation of 18 U.S.C. § 1956(h). He was

sentenced to 27 months of imprisonment, within the Sentencing Guidelines range.

Although the plea agreement contained an appeal waiver, Mr. Guerrero appealed.

The government moves to enforce the appeal waiver under *United States v. Hahn*,

359 F.3d 1315, 1328 (10th Cir. 2004) (en banc) (per curiam).

---

[*] This panel has determined unanimously that oral argument would not
materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2);
10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.
This order and judgment is not binding precedent, except under the doctrines of law
of the case, res judicata, and collateral estoppel. It may be cited, however, for its
persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Under *Hahn*, we consider "(1) whether the disputed appeal falls within the scope of the waiver of appellate rights; (2) whether the defendant knowingly and voluntarily waived his appellate rights; and (3) whether enforcing the waiver would result in a miscarriage of justice." *Id.* at 1325. We need not address a *Hahn* factor that the appellant does not contest. *See United States v. Porter*, 405 F.3d 1136, 1143 (10th Cir. 2005).

In his response to the government's motion, Mr. Guerrero informs the court that he does not oppose the motion. Further, he has not contested any of the *Hahn* factors. Accordingly, the motion to enforce is granted, and this matter is terminated.

Entered for the Court
Per Curiam

2